1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   JENNFER H. BERMAN
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Jennifer.berman@usdoj.gov
6  Attorneys for Plaintiff

FILED

2025 MAY -7  PM 12: 02

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-02180 TUC-SHR(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

vs.

Orlando Aaron Ortiz
Jesus Lopez-Cruz,

   Defendants.

MOTION TO SEAL
INDICTMENT

(UNDER SEAL)

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendant is a fugitive. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 7th day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Frances Kim Hope*

JENNIFER H. BERMAN  /for/
Assistant U.S. Attorney