FILED

2025 MAY -7 PM 12: 03

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>     vs.<br><br>Orlando Aaron Ortiz<br>Jesus Lopez-Cruz,<br><br>                     Defendant. | **CR25-02180 TUC-SHR(MAA)**<br><br>ORDER TO SEAL<br>INDICTMENT<br><br>(UNDER SEAL) |

IT IS HEREBY ORDERED that the Indictment, the Motion to Seal and this Order to Seal herein be sealed and shall remain sealed until further order of this Court.

DATED this ___ day of May, 2025.


United States Magistrate Judge

CC- AUSA

- 2 -