TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JENNIFER H. BERMAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jennifer.berman@usdoj.gov
Attorneys for Plaintiff

FILED

2025 MAY -7  PM 12: 33

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-02180 TUC-SHR(MAA)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

         Plaintiff,

    v.

1. Orlando Aaron Ortiz,

2. Jesus Lopez-Cruz,

         Defendants.

**INDICTMENT**

VIOLATIONS:

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

**(UNDER SEAL)**

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown to on or about December 16, 2024, in the District of Arizona, ORLANDO AARON ORTIZ and JESUS LOPEZ-CRUZ, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain, all in violation

//

//

1 of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii),
2 1324(a)(1)(B)(i).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: 5/7/2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

JENNIFER H. BERMAN
Assistant U.S. Attorney

*United States of America v. Orlando Aaron Ortiz, et al.*
*Indictment Page 2 of 2*