AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-25-02180-002-TUC-SHR(MAA) |
| | ) | |
| | ) | |
| Jesus Lopez-Cruz | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jesus Lopez-Cruz                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) Conspiracy to Transport Illegal Aliens for Profit
(1)

Date:    05/08/2025

City and state:    Tucson, Arizona

ISSUED ON  2:25 pm, May 08, 2025
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

Dora L. Valenzuela
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/8/2025           , and the person was arrested on *(date)*  6/5/2025 |
| at *(city and state)*    Tucson, Arizona           . |
| Date:   6/5/2025 |

MATTHEW D MOONEYHAM   Digitally signed by MATTHEW D MOONEYHAM
Date: 2025.06.05 09:40:26 -07'00'

*Arresting officer's signature*

Special Agent M. Mooneyham
*Printed name and title*

CC: AUSA; PTS; USMS