**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge: Jacqueline M. Rateau** | **Date: June 6, 2025** |
| **USA v. Jesus Lopez-Cruz** | **Case Number: CR-25-02180-002-TUC-SHR-MAA** |

**Assistant U.S. Attorney:** Jennifer Helene Berman
**Attorney for Defendant:** Richard Bacal,
**Interpreter:** Carlos Arvizu/Tania Sadler          **Language:** Spanish
**Defendant:**  ☒ Present  ☒ Custody

## INITIAL APPEARANCE

☒ Indictment Filed                                                      **Date of Arrest: June 5, 2025**
☐ Warrant Other District
☒ Financial Affidavit taken         ☐ NO Financial Affidavit taken
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☐ Defendant shall be temporarily detained in the custody of the United States.
☒ CJA Attorney, Richard Bacal is appointed counsel of record.

## DETENTION HEARING

Pretrial Services recommends release. Government requests detention. Defense counsel argues for release. Defendant is ordered released on personal recognizance. Defendant advised of conditions of release.

## ARRAIGNMENT HEARING

**Plea of NOT guilty entered to all pending counts.**
**TRIAL: July 15, 2025 at 9:30 a.m. before the Honorable Rash**
**PLEA DEADLINE: June 27, 2025**
☒ **OTHER:** <u>The Government moves to unseal the case. Motion GRANTED.</u>

**Recorded By** Courtsmart                                                                  **IA/DH/ARR 0 min**
**Deputy Clerk** Rose Chavez

                                                                                                    **Start: 2:12 PM**
                                                                                                    **Stop:  2:49 PM**